UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 01-10057-MLW |
| | ) | |
| SANDY FELIX REYES, | ) | |
| a/k/a "Junior" | ) | |
| | ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                November 24, 2010

Defendant Sandy Reyes is serving a 98 month sentence for
conspiracy to distribute heroin.  He has filed a motion to reduce
his sentence pursuant to 18 U.S.C. §3582(c)(2), which allows a
court to modify a defendant's sentence based on an amendment to the
Sentencing Guidelines "if such a reduction is consistent with
applicable policy statements issued by the Sentencing Commission."
18 U.S.C. §3582(c)(2).  Specifically, Reyes relies on Amendment
591, which requires that the initial selection of the offense
guidelines be based only on the statute of conviction rather than
on judicial findings of actual conduct.

The government opposes Reyes' motion on the grounds that
Reyes' offense did not involve crack cocaine, and thus Amendment
706, which generally retroactively reduces by two levels the
offense level for crimes involving crack cocaine, does not affect
Reyes's sentence.  However, Reyes's motion is not based on
Amendment 706, but on Amendment 591.  Accordingly, it is hereby
ORDERED that the government shall file, by December 15, 2010, a

supplemental response to Reyes' motion for reduction of sentence
(Docket No. 214) that addresses Amendment 591.


      /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE